Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER/BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

**_MADE JS-6_**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., et al., <br><br> Defendants. | Case No.: CV 11-09302-GW(AJWx) <br> _The Honorable George Wu Presiding_ <br><br> **ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

Having reviewed the stipulation for dismissal and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with plaintiff and defendants, respectively, each to bear their own costs and fees incurred against one another.

SO ORDERED.

Date:  June 18, 2012

_____ George H. Wu _____

HON. GEORGE H. WU
U.S. DISTRICT COURT JUDGE

- 1 -